# SCHEDULE D



# Evidence Collection Report

Page Title
'smiley face sticker' Sticker for Sale by loralansmith | Redbubble

URL
https://www.redbubble.com/i/sticker/smiley-face-sticker-by-loralansmith/83995464.EJUG5

Collection Date
Fri, 21 Apr 2023 10:54:36 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a00:1b00:8:16:5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
392ea1cefa45f5ad785a1ga7x7c43f7c541e49g8fg9c1cb9ee22181b109741bg7b21e0e0cfafae7e97fbab4bd9eg5r6vc2ftg9vcgf9ef7wbea9wdbc9gca5rgg5fdd4a7d0de6abb3d56dd1bsd29adbdD2cr

# File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_8htpsj2jffsj8fvww.redbubble.comfj2j8zjstickerfj5jsmiley-face-sticker-by-loralanmithjfsj83995464.EJUG5j_fri_21-apr-2023-10-54-36-GMT.pdf

Hash (SHA256)
0778fee66aeeedcw0dda4876b87f6bdc1c37a2240c1f2b7f10949f3fbb5c604

Signature (PKCS#7v1.5)
2x1.s47fg9fd4a9f.cpfj2jsfy31sr4fefj4fcg4g898sMDkhss4f3bysgj2fguwvedzqfXoc2xRv6Vvc0GhF1Os2f2df9A8bhv+bHf50d3cb03aa5f1h4g9u7f+1OB0GfeVVsgQ-CdpRA4r7f7gfJUf4pQhc99gFF2rA8dk+











Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 09 May 2023 12:43:44 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

**Browser Information**

**Digital Signature (SHA256 / PKCS#1v1.5)**

JsRixeOLeua8fpf4su9p8PkY7oObzvrsFxwkZ5kXOvVVEi3xXNuJq4QEmOoP1w0uWnvOQ5fsbG1ezX1d0QEVtUuYAEzYPL0M2DJYuYDTJjk1kS3220o+TL88GjLjnThNRn9ZDoASFqtL3ZCt7S0jb
+bAt5FBXS2XjoOP7nwqUsaB+jjB7In0x30t7NtuouAp9axrVx5d90t0svrF95bveJWY4ploGaw8KsRyiGvRGMrVrcl8jZenes9Gt69pXQkp9EC4t8ev7efJ1nlo42Uo+LKtWkkhFoEvP5qY9N9Xv.jjVw0eqoOY+5orQg6ewhgmysAs/0Z3gNhPw8dZiw++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][i%][h]www.redbubble.com[h]check-out[_Tue,-09-May-2023-12-43-44-GMT.mhtml

**Hash (SHA256)**

641e53921 5d6def4eac21325802287425630498246c37d435e5d728151 8990c5

**Signature (PKCS#1v1.5)**

FKWVVSEoZUMmuVVNM2x3tvkPTH2WZ6vmsLMVJRgo0irswHSPlefspP7DDGE/PnyNECS+G62vEyY0fcQwtpSWFPBZod8Nd8TgIiFAR3IOs17+EtfsjDiYtslPn3KTerFvMgEWUfwALIW7DEBGYw2vVtKcFq1gphozGJZjSqef0Sc5+unah/sc/
VAdoFQk8zkcEogRT/J2U74PNyvNTLMWXLdcbyfSR9mnKsqb8yMi0zc2t0UJqSbd9QV1KHYSSmYg96RA8UPzUAnCs9DuWseoXhQiNttLDuYymZ768AuZUwcC8WEg2DOQkN+gqKAcV+D2tsaKSj3GtK2YHtMV5k3DG+9Q++





# Evidence Collection Report

Page Title
'pink smiley9' Sticker for Sale by 111pm | Redbubble

URL
https://www.redbubble.com/i/sticker/pink-smiley69-by-111pm/62100673.EJUG5

Collection Date
Mon, 24 Apr 2023 04:57:27 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Chmielowksa

IP Address
2a0d:5600:8:93:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5)
k0eGg1JJx8nG+EfeAn6w1aa6f5a7LVf19dqbEbAH5UmoHMdUasgyJ2dvkg7zxTx8NpfaF0iLPYMeWtFhaoVcpwL2m96Q7nxxsW2r+C61oi2OKUFohUeuA+d8jmgMBCMEbGUK9QLIyxV1ccqJ5M+

## File Signatures

SCREEN CAPTURE
PDF
screencap_0mtpziJZs0Xjawxnvbnas-redbubble-by-111pm[0s]b71006T7L.EJUG5JL_Mon_24-Apr-2023-04-57-37-GMT.pdf

Hash (SHA256)
5k735914Cacddbe0Sa0b6e7af5dd4290ff5b30eda3c1b3cbe94dd3e4

Signature (PKCS#1v1.5)
sL91fcr3zdp0JWQ2Qn/4HYTekry7ZTsEwDrM9CvgTSOPFkNRVQ3iVGzKJ0IsgDeTaVOtl/iYYZs8F3BUd8ApzDZI+MBBesjqn60/9mjaCsv2LRF+ICb1ntM8Zb1zsUi5xGrapHP3SXE4xwL/Vw4NDpssfpQ7qS7gZZZ7bV

## File Signatures



















Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Tue, 09 May 2023 19:32:06 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abtahi Rakin

**IP Address**
27.147.190.179

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
qGMZSRmIPg+HmBCvRHfW1vcPBFjgDuy9DfV7McXmqfV4JCMEPybLcDbWsLJ5MTMjp7J6c5qw6/vQUE0zxdmCarxv3yclpZ8So6XhWloJCLWkoV8OedBlq7Iokxefg5cP2G7zSFodx0tS0pfPkAGsV167j3MQPTbvwFbTN3VQH5wXsf0sKJ/I8bXU/4+MSGoDQNoaLhmYeIqnnsTnVisUGd5v60mDv6HKHSuEFfSn5vCx2nfZXOAG7qB7WEK4SOT11mpTFLaK9aIlRDU0R9vRyDdvRA3JTUsD0KhtJ+sv23ASbhMMyMsTLcJQekoBBfNviwXyPK00YoxE337#A+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https][fs][fs]www.redbubble.com[fs]check-out]_Tue,-09-May-2023-19:32:06-GMT.mhtml

**Hash (SHA256)**
8cca8e9f8a52fccf9eb4ef5d61528b64abb4615b52335be84ebbeb502c216e8960

**Signature (PKCS#1v1.5)**
fFvNd4LT59Xd3Kwrh6wrCxr2dW7gBNHkVm1IChp2c6FVocoP92erH7Om2ee6I6BAvGFor37c879OiNBvSEt0qlydW/dj0v01LPqlXakm2KYUWS4/wvxd0R3/e1N1E9v9MxMovpKHJnomjrFHo8ZcC2gY5FMZdK0moLuoA7iYwMzG3Nk55vwZHLocTg1H5emuSsNsE9OTwn0us/rvYfA36OvWGXyMNgJTwaszahPGfZcsrRFTCvRRfJm7kjdqipaug1gukLXMJUxsuKLqc0ZMxaHHx9WLiVDXfB1X0cyK9Ithl8ndHznIH4VesmAuF4F8kRbYBPfl4T0boCp7VraXaw++







# Evidence Collection Report

**Page Title**
'just smile - smiley emoji' Sticker for Sale by 360-DESIGN | Redbubble

**URL**
https://www.redbubble.com/i/sticker/just-smile-smiley-emoji-by-360-DESIGN/76551308.EJUG5

**Collection Date**
Fri, 21 Apr 2023 09:37:16 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Chimbulanu

**IP Address**
2a0d:5600:8:9c:3

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
CCgPhiiYS8eFZnoG0o/+eiDGy70q1+x7Uh+naZD3Og2vDoBNM8FUJOMNMJbJdg64Dz8q10sefcqEduz6hsj2UL3SJ5XDJoqy3umU_ZMysyaMF73n44KAzB+g7gBDL0cYK9D06QQ47D3jWq1rCHkj==

# File Signatures

**SCREEN CAPTURE**

**File Name**
https://www.redbubble.com/i/sticker/just-smile-smiley-emoji-by-360-DESIGN/76551308.EJUG5|_Fri_21-Apr-2023-09-37-16-GMT.pdf

**Hash (SHA256)**
3eb60c662C95f0F76ca1bcFdc4fc70cf41c91fdf43497e792d5036e00c0a94c9A7cf7c77b77cf7c

**Signature (PKCS#1v1.5)**
z3qEGLx4E/nUzJLOPgfdaoSLbrkJpftpjsXCXEQ0fuPvbRW2tMUqz9bXoi9JUTmCL7WxD+tVbYxnlsDuBrhZMCwEZZsTHgj1yuPybn1r5vc8d0Q1z9YEvDjaGZdbFBZ7zPsc



   











**AXENCIS**

Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Mon, 08 May 2023 14:41:45 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abtahi Rakin

**IP Address**
2001:ac8:9a:d::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
UKj+aa+d5DYE/dzLMk0lSoryxKKqWv4Ys7orl5mbMVnw02029kALDGARqSoqBscuXlg1GCBq+skc3bBHVo63DB4huFTz2dQzOpudNj9IKlh0mtOPzHoSYnwNBamM/2aAxA4dpoi8kGEPHfgneM0NeKli0sQEuUQCw8FCnkyAS/Kcv5fk9LibNPNkKPac/loPOkAZtMeH9bt5pu21s/PGgA+RIwfV9jlXuAFAQcjbGtU9zvSyad+iUJyRMp16yXoY3dNM3tKU0kHky9bp48lms02iMneqLZWeSpfa5xU7emWrY6eZY/oF/GRL5ZRJ/bvOVx8MIy+kWgQdQ04vrp75A+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https][fh]ffs[www.redbubble.com[h]check-out]]_Mon,-08-May-2023-14:41:45-GMT.mhtml

**Hash (SHA256)**
4ae9bb22f67c7c9ee48aa79b90e83640ce1e136db76a5f5b1b72f4f3731596a9

**Signature (PKCS#1v1.5)**
TmPRKYrtaVfTLdQ08wJvrEux9nfv8HvOUHqYGm0mSKNEV/qMN/qCL+p52uJFANCvJjyafV2ewetHgj6VSsYtpfZrynnDCp5xLxHe3LweDdptvBJtHfCP1FeJSGSBW869btymnM3LLB3rMMNNHRwTDOzxCTJWXMxL0YdyJzsFbwiOUurhsCN1XTrXU44Drk3JmeXprAeaVAKJ8/Zy4oy1aIEsDOL6wyZReYhbD6Z7Wa7kAtq6FZjLFA7q5ycb1sbZXbPNr8sz2MwkXMEcGNwhW3GLtGJLdpVTtsNmrv9xPQ68vB+e+HrFqv08PCHcPDFdwTBEJ96K/8MV36sY92g==







# Evidence Collection Report

**Page Title**
'pink drippy smiley face ' Sticker for Sale by abbyk20 | Redbubble

**URL**
https://www.redbubble.com/i/sticker/pink-drippy-smiley-face-by-abbyk20/71777087.EJUG5

**Collection Date**
Fri, 21 Apr 2023 10:58:40 UTC (US Department of Commerce / NIST authenticated timestamps)

**Collected by**
Sarah Chronotolou

**IP Address**
2a04:fa00:8:3c:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
rIcfdnxkkKRgBwdu0e65HFifBL3bbcE21m8QbBAHQrchLgyLIV9kT5E3obly1c9LrN96t99LBlmVJ2pZPkdMdH2u0CberqpkGAAVvnh0A4kty5C2PbdT9jbbmvnoSlxhNkgJ2Jx2HrxlVbrW1w13XgSDOmaugmax057ENAFv=

# File Signatures

**PDF**

**SCREEN CAPTURE**

**PDF**

**File Name**
screencap_EH9yzoO8EGZdwww.redbubble.comiPsECphksteriPpink-drippy-smiley-face-by-abbyk20.pdf

**Hash (SHA256)**
4df30ad74be34d9e387496790d2e6132f002301b02e9c5273343bd34dcfb

**Signature (PKCS#1v1.5)**
hIGQAIGvV3+PfRmiOa53Qg2CKpMKTPhV/IicSrO8FXDdvOwHPclSBLpmCawhEXn9uRyxmpT98dBMbewi8Kk9iGSZbZXYCd0vAfZV3+H3Xe2iuSd5mv6tpdR6S2TSfFIxW55ZZ97XMkcVDSqqvpfO3EQ3h



















Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 09 May 2023 15:48:43 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

27.147.190.179

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

HINz0pne3wpu+8JL4bvV8sT7lRlD2rNGDxQxttSHUQpOqrMyzamRv4dDCNs2FXbVSWL8EtouWEtnCK+P0gCc9XRAhtTakdUi8PujCCSGVbxADfJSOMtXCHFG9YohRwJa0dGmCnac+akOBmNv+6yP7cbs/5BWRwj+ssQwVIAYL4Dd9wR/yRGJ/Cvkg0U6toCD16O36glCXcfww9vsap3bDiskVfk0dTUiFm2Kq3LvWCkjLyhoDoiT+sLWTDQ5JilFY9TZrPiUa1gCHeQHiL7uVqhElR6YFiqgzVEyd+5cu1ncuyxKZf6Jz373eFfEy6H6ZwrOF3bMRzTmUEjeD0SGvA+=

**Signature (PKCS#1v1.5)**

d1O9iYBtX9q2BeHxyj7hKR9BEU3k6YjhG/ON/L4Lce5KGay3ZhXyfVOnSSSqFsx9sDiPzSidOR4oBf5nkRAFLtf6lFsFWwgzQXoCGJtp3EEXnwkjVSKKjueGpg29TWOkVwAE3rSLOT4WJLWY3/9TzP1LvzsfLeaAac2JHdYVe+XGde+1xsv+sZ/fs2v/ts1aVpbbv/XSLX+KaAAC+XRhTI7gnoNrmmvYZWfax0VxF XrUosGsFKEmbbjR1rrqgbMJ1HU492aULj4X8AQobBYVpDX8l3L32qJN2WhP4SrRTlrd8mbInhvltw9 w0a/ReqfNHDDEaHRQj2x41Pg12hDTXMzrorA+=

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https[s][f[s][s]www.redbubble.com[h]check-out]]_Tue,-09-May-2023-15-48-43-GMT.mhtml

**Hash (SHA256)**

777dc3b1c0c4d2cee9bea11ffbf801adcfa96dd89e75f08ad233234998e7cf597

**Signature (PKCS#1v1.5)**

d1O9iYBtX9q2BeHxyj7hKR9BEU3k6YjhG/ON/L4Lce5KGay3ZhXyfVOnSSSqFsx9sDiPzSidOR4oBf5nkRAFLtf6lFsFWwgzQXoCGJtp3EEXnwkjVSKKjueGpg29TWOkVwAE3rSLOT4WJLWY3/9TzP1LvzsfLeaAac2JHdYVe+XGde+1xsv+sZ/fs2v/ts1aVpbbv/XSLX+KaAAC+XRhTI7gnoNrmmvYZWfax0VxFXrUosGsFKEmbbjR1rrqgbMJ1HU492aULj4X8AQobBYVpDX8l32qJN2WhP4SrRTlrd8mbInhvltw9w0a/ReqfNHDDEaHRQj2x41Pg12hDTXMzrorA+=







# Evidence Collection Report

Page Title
'trippy smiley face flower print' Sticker for Sale by abigailscheven | Redbubble

URL
https://www.redbubble.com/i/sticker/trippy-smiley-face-flower-print-by-abigailscheven/67784487.EJUG5

Collection Date
Thu, 27 Apr 2023 05:58:38 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
3d043e69.9150.5

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64; AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1 v1.5)
m4mVuuvnYHFdN6bhhdRVCA4aAvPumqEAbKdEcTASlm9FTSK3pe0T4vAgTcaYvCGqo3qC25jwM3FsqA6oEdW5mkfa8ijc9ZpZowsxLBX1KB1b7wsqAmi4+/54ZKjQT4LwqVQ6HSomXj9j6es/wkvga+

## File Signatures

SCREEN CAPTURE

File Name
screencap_2mjoci2@2@{qmxw.redbubble.com@i}@{sticker@{trippy-smiley-face-flower-print-by-abigailscheven}67784487.EJUG5}_Thu_27-Apr-2023-05-58-38-GMT.pdf

Hash (SHA256)
3ca99b6ba54bf1203e7ca73d71a87386504404a3d4b26c47166f6f698bebb6bd

Signature (PKCS#1 v1.5)
tQBUGMbLfRJ0QmGoHgEsLKNFQGCHz845hhdr6X6ejxAiwGjE4QXd36NL2mm86FzTkhgQ68GY4gb0ZJfdvuYb6aZNYQJje6bwSbMCF2WkuCFwu7dyb2XuUoWdd8WMMGnWdOLirXyKjmEQ8me=



   
   
    
  






# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 02 Jun 2023 20:36:26 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Remmel Jae Inabangan

**IP Address**
2001:4451:4431:7900:1c5f:11b1:6be8:d8cd

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
GqoId21RkFVRJtg/HMEQBA5fBKnrLVpws0x3VboG3QTS4EIK4ama89m2TSq8jGuZwbJT2gYzDJRUv7apwC6wmdrowswhtNmNxO4Mk3bCkOTuUpq1oTzLDW3G22YAtUgg302Hkb/rz0fZpKR+qLFTqRHDBa3gG9uTrO8ezxcl2prSy1OCgQyy/yRM0dj9D29TTGqORXNDLXtYuMf5hF32YH983DkoIDX8+sqoEXysvf8nCnA67iCmoEEg97C9aTpdT5HTCaBMKSuT6PnzjxLckXbOPeG/87TqFfn8EzZmdP1Y2DN1xJFKPds921FB6xQzER0tOTcEEGIGWqQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s][fs][fs]www.redbubble.com[fs]check-out][_Fri,-02-Jun-2023-20-36-26-GMT.mhtml

**Hash (SHA256)**
5dc8abf584b56143fdbc67bc593bc86bf6e18b859ddbd6508339547764dd829d

**Signature (PKCS#1v1.5)**
RoZCyljk7Ugffy3wXMZfwh8TOLU3KFG/UiL0brfGCgLF5Hd8eqDnVi6Bg4gsUnKtqMz3HEyXski/o2lccMVLBV4lXyo2aWfly4HvYeNipAR2vWge6dfp/fO57O4o07dWsBxFMguL0c61syh+uXtxsw9iGeORZmTsQlrD9VuO/P7Nabcj7XomlGj/4pwMuwN6aRk/iqZCU6201fAFtDKolWu7c59ltecZz4qjWZDvhOmfjXj3WrlyNQbaVZ0GukvUqt0kvRRT0iKMDQkJX44278SuKuidGu4Dvla9xdPuDp+RQ3ZBIF1ozbHorGf9jDh5JySGXH8a99ITOySgpZzeTsyNco2Ew==





# Evidence Collection Report

**Page Title**
'Smiley face logo ' Sticker for Sale by AcapellaN | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Smiley-face-logo-by-AcapellaN/56724874.EJUG5

**Collection Date**
Fri, 21 Apr 2023 07:19:41 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sprint Chintobutra

**IP Address**
2a0d:5600:8:54::5

**Browser Information**
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1 v1.5)**
F4A2eaRX6wwZ3sCpKuvSGj3t6mdbCiA82GLf9F73OPK3GY9Jz7ZkGzPMfWZtmh/QBHFsnwvvWs0VWGIPMRIBMrL7jovtu3+wOtmmWRL2A0qIO9hIh4cduIaDZ2oiYoHKxKA06pUIFtbn+XHe+

## File Signatures

**SCREEN CAPTURE**

**File Name**
screencap_BHpbxJ0ri@Edwww.redbubble.com%2Fi%2Fsticker%2FSmiley-face-logo-by-AcapellaN%2F56724874.EJUG5_Fri,21-Apr-2023-07-19-41-GMT.pdf

**Hash (SHA256)**
32f5d5afbff7efc76716a55fbb3sceu1137.4039724d3a542ddacebfddafb9d79a

**Signature (PKCS#1 v1.5)**
vLtC74pulA5JbJKwselDKNS7c54N6szFesUA71Q3AaLoJvrmOJ4r5iCZyE1PolCa8aYatGpdbit0kRS+dmPSLE5N/PbfVUHkHir3Sn3gUYYxG4NGaeMrddA0AQAQkQJmQHtma14HuIFvmaWBoE+


















Investigator Name: Abtahi Rakin

# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sat, 06 May 2023 00:22:08 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abtahi Rakin

**IP Address**
2001:ac8:9a:d::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
fH36irtfOvyX0Ahku/2w0hnHiJhRc2kSR4Pk16kbAxg6ipb9krRRSbtVVG4A2RgWA7OsvTuA6Fa06qnhDmSffhV1NDKsCNqZut72FeeMI5D+0zu1iakr/Sms56pPmvcDNk+eF+FF3lWkUPgEWkrJ/iNndbCwvLNqVzFpz56jwU0K/4YMfceSAz/qf7o+Ki7ht4tEDry5QTRV0A0p5LHwZJMR5laflFXETZT8EYqNa5fMyYtGkrsQj2wQ5WjXYEVfxmvdz4w6DKi/kkUnHGq6GX7oEag+6yh9iY3L/APK6af25mZ0kXkBRDdYHfoF/OlgwFTjdxSt1TBLjh62sPBpp5cA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https][fh]ffs]www.redbubble.com[fh]check-out[]_Sat,-06-May-2023-00-22-08-GMT.mhtml

**Hash (SHA256)**
e39e6f61cSibf3b09a9c70cd29e9c233f405e5020103fa3d5c3a5ff625f09c3e

**Signature (PKCS#1v1.5)**
NHv+uXKm8gXRfBHAGyUG2mNVj9KoJ4uL9Lu8t46TMfn2wEVgJLLdwgHrvke9geeCgdoMjCXjl8anve4yBSiwNE7aAg3udhbM50fqVcNf6mNEwdjkdsG0CF9mgIoxLPgqljvdqZzvbd4CYxBkc48RVjvgUBpgGzGSD2ec1KFgxEJIN7yaDcRkLzE2yyNBNsaBfX56CW3fQb+PNgvJgsKO53x2/BuW80Y0kU/UyNygBK5ZCMHta34kGT8fGRSkfTUmsYzYO9d4kG69TmbtXOcxeR97IcXjxtDMBi0gTGVsWY7JymLSjVgYfSfAfZsFXGSbooz6Gj7i7dGGQZ+9voGg==





# Evidence Collection Report

Page Title
'Acid Smiley Face- Small Text' Sticker for Sale by AcidDesigns | Redbubble

URL
https://www.redbubble.com/i/sticker/Acid-Smiley-Face-Small-Text-by-AcidDesigns/42589415.EJUG5

Collection Date
Fri, 21 Apr 2023 06:16 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Omnitedustkc

IP Address
3a647b924:9.fc:3

Browser Information
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#7v1.5)
Nj0IrmouD 8KrIxXL8JI7pI+NooXa7s7c4ICCeJ06vg99ieZ3KrpLj2kN3qZbQ17Ir67gFz8a5iBCnuinSBnV3+Or4ha8pgauj.moisQskjcaBLre8hr+7FpdCAt+7z7Ux0QT+MdBRET+0dBJzbOr

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_jjHpipQQ0JRqhew.com[hjS]JsticnesDsjticst Smiley-Face-Small-Text-by-AcidDesigns[A]42589415.EJUG5[jj_Fri-21-Apr-2023-06-50-16-GMT.pdf

Hash (SHA256)
01284z7a7fa8d272p00bf42182cfdbf88a96ad1a1017:escbe5e

Signature (PKCS#7v1.5)
aKsnk8,I4b0GBrsZegGosRrh3PujkggvRkIbyRksMnWhbpHjyQP0 emEBrH5JpAcDCacHP9RqkuYr3rW3rd7FoJW2YbNY1iVIKIm6 7FLeAL fmZ3/sS9CJ2doGE3gNrNnjnivdTrpnQ7xImX1ci8QN298n













# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Fri, 05 May 2023 17:31:09 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abtahi Rakin

**IP Address**
2001:ac8:9a:d::3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
dWvyyq4Rzfd896eu+H2EV0LCiMCOymUJOPW1UAR0gLyih4ojg6wPQyJBfGr20pc3SBuvDBloTonfy92RMDyxI1GuG+rzXqKD76mMeBJGwesoGUMvbQm1gcoxKjjVc0L9fVWufoSXuyr2QHHoQ2BMs2WvMeClr2YLcn4igu+qIRPAxLKmGf558KVG7Dri9xu9JS0pfGKboqYZxD3szTVghaaMOM1sfZjhVGwXCAWs40L1OrozAzQtDdi4kn/PiB7Q30fRal0JcjNCjDrGWdlDuJ6d/RldIbzqmiVT76siAoivyd7hgTuO6wiR+tcS0Ckg/6yMypbqJNBAO7FUQA++

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[[https[s]]n[h]]f]/u]www.redbubble.com[h]check-out]]_Fri,-05-May-2023-17-31-09-GMT.mhtml

**Hash (SHA256)**
4eef30eb52f145c8dc3dee033568a0c7f6566974a6a838bab4dc7b4a37722e33f

**Signature (PKCS#1v1.5)**
Q4KHS3LvWC+JXgy8LSzGV5bs7Wg+BLoIYt4hnsk60DR/FqCOnShahcuBrcjEJH+xlDu/28NMrxwXo21aVcuWuyrVPg8bPiZfaDtELeRmzK8RyMEXoy07OTgxc5h8qxyF8MSY9GUt5TdeHjZEoc1zvG6VjHz+7aSwsfOtzblmmtUNiJVtG1EwONae0FvGiQ58DB6AG7612MUgkFM0Aa3LDVfPzoNAtkJgRgoizS+Kty9E6gMbJ+LC8lL4f6ShViJ9Xx6ZAEpxdHHPkTtg0nbhMwWcGLUSXtaJewbJimV3XT0T8RbdntFmd9GGnvnE6WcMMwp+cJVl4Qf09VOg==







# Evidence Collection Report

Page Title
"Melting Smiley Face" Sticker for Sale by aekshnein | Redbubble
URL
https://www.redbubble.com/i/sticker/Melting-Smiley-Face-by-aekshnein/63869629.EJUG5
Collection Date
Thu, 27 Apr 2023 08:29:37 UTC (US Department of Commerce / NIST authenticated timestamp)
Collected by
Sarah Christodoulou
IP Address
2a00:1b00:8:9:f0:5:
Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36
Digital Signature (SHA256 / PKCS#1v1.5)
C651QgUzVhO1Zr/evhP4GCP/ADQ806kMC01TutXplgKgpA4Aa7G92SxcSJGjQrAkQ6AkKQXwfhYPfe1SXbVlFV6BTTAjUzA13kQ5ioA/jLmkFX1RdTnmG7O8Bu2QaWoRhrGbAsDkE7gSbS10+

## File Signatures

SCREEN CAPTURE
PDF
File Name
screencap_ZHtzJJiZhJ9Qwww.redbubble.com!5!Q01!sticker!Melting-Smiley-Face-by-aekshnein!EpA586N629.EJUG5JJ_Thu,-27-Apr-2023-08-15:37-GMT.pdf
Hash (SHA256)
36a215d07a3e6bce8ecA73Df44a3e1b1C02975dcd6514173abde9041e6A06
Signature (PKCS#1v1.5)
fK16i4m4SIKK81A4rF7771wV0L2LCHrGwy58CN4Fy9J0KDDB0rhvMh4bAr2bjtrFmaQR08EdalD5AL rahuMic709mQ9tNMHh3LQ+/VqggTtZCdWQcqyDvdqWhV1JgN1LpruhqwleKQxzjmDFCrJdiuHmgkuMWhfg27mSAr+



20% off everything · Save on **mom's favorite gift** · Shop now


























# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Tue, 06 Jun 2023 19:57:04 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Remmel Jae Inabangan

**IP Address**

112.200.70.8

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

z403bZ1hv79Q4A58+KkAvamnk2hPy0n0rZ1f6DaDsNfzUK45SKDPgmIy/3dn4N2lTnc8mmVzvLpxPLbtYBBdAiiHV1/X+NKd5xdPOY3LyVLPgP2TZnsnvO8jkSpcNch3Ly2gjh/1hjU2pPcTsWUbRftXR6/zlnzE27/OOIpKCzoss+a6/snX7Poo7tU175d0zUfjT/dsg2UxO1b4I1ecVtNKKv7guRYe3cvSPoDxA4gONLV/aJpjg9IzOA8CRCXMomMsz2T0TVXhCvd3MeRJNUs3KQm17BvotC5lqpCcVwp0Nz2QOWvAHsA5wGxASxIGa3bqs2h8jCsCIeJRh7CasOw=+

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[[https[s]]fs]ffs[www.redbubble.com[fs]check-out]]_Tue,-06-Jun-2023-19-57-04-GMT.mhtml

**Hash (SHA256)**

fe3749bb4308bf14f6401568b2b25572deeefb4e6585d0097c6d343c1decab31

**Signature (PKCS#1v1.5)**

euorRimu79EnhPSFC0HLSIN+yMTk+MZWEbxYi1nCYKtEHoOwRIcV4YtucZOFWuy7W6EEnOKHG+SI8lJ2pKzt0UTDVa08G5j7WMt8njgya68UNupaccI+7KWGx3/t0Ga8r1GhenAyWyAPn7r3qJZEVMN4dgseLsvtb4gCGztp08h1MhU/gWZkxuNa8EA53Xdyv6/WDjwq2BqPK7tQ0skza5V0ytCTIW4Nd3ZMI5Qx4LXF6v7p6YwjfSZatbrJkOEwuHVQ83aQu7Y53-3P9Y+Fw6G6Vi0MyxcgGp8Qy2sDH0pisQqai1KDF3ROrzX8N61yrLVaanw2bGoA9vZ3kPnUrLKNvqQ/==





# Evidence Collection Report

**Page Title**
'Lost Distorted Smiley Face " Sticker for Sale by ahollo a | Redbubble

**URL**
https://www.redbubble.com/i/sticker/Lost-Distorted-Smiley-Face-by-ahollo-a/140314309.EJUG5

**Collection Date**
Fri, 21-Apr-2023 01:31:42 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Sarah Christodoulou

**IP Address**
2a04:9400:8:5b:5

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
2W2c0pmh40p+Q8hIOkUk56hIbMDaF1ET7e4al2VWFe7kpHvjUmUbmXu4pBI8W6LdhXAwwrZteNXxBm5GpEI+Wdmc9UwnFc6/pW7+AAWuiWF6/pnhK4mUdAlw6aUBqKExVC2FaJnrVYFGBEEsRI/obKCqkiVCtvkPpdsfL/vEQ==

## File Signatures

**SCREEN CAPTURE**
PDF

**File Name**
screencap_EhtyeJUy8Dufsens-redbubble.com/EJUGsticker/EJUG.com/Distorted-Smiley-Face-by-ahollo-a/EJUG140314309.EJUG5_01j_21-Apr-2023-01:31:42-GMT.pdf

**Hash (SHA256)**
a1cbb6c9849d59cf06af7e13e2e0f1ec13343334d16f45790b04f

**SHA256**
D1642a5cf69rfd3h9wgmbP734s7hT1B1wBv2wbZKWcFcVY7B6FD6tJd4HyY6hmnssnpF73aD7EAmx4CcrvxuTc1sgQCzBFrhNbkLAzG2V2cGfs7EQrXbmVU0ZwHe7R0Bj44MpNv6VHa8V1fapbRk3sFKakrj/tpfAkYsV7jcE9Lw4





















# Evidence Collection Report

**Page Title**
Secure Checkout | Redbubble

**URL**
https://www.redbubble.com/check-out

**Collection Date**
Sat, 06 May 2023 15:49:52 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**
Abtahi Rakin

**IP Address**
2001:ac8:9a:1e:3

**Browser Information**
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**
gndL3eKNDi80MSEzT1vCu75+WtsVWmTfRnDjqUAlE8W6lvGtChDuHeJUnta7JLooxzoCvuV6INNfaV+6mZ5RtJsOoAGwtNexytUdjnwqUDrrJGQD5i1Nwfrm8BZDhJyCMTe20XDQF7qBszTWLPGGm7dP6RZ4K8B7qENCFFSsr6fN3Ura2x3yor6xj9kHBJrseD4XXlAxjO/OgtLRiT5ZsMmsJKOeyylWLjchZVvF62kA9+dMNw7aSXEq6P0qsHvdO7xfiQoRHKDGm25m8hWToGyad2Ds6c+p8NEgDgF2DDIY6nPRFlNHOdvsrBucdxBBwkhw==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**
screencap_[https[s]]fs[fs]www.redbubble.com[fs]check-out]]_Sat,-06-May-2023-15-49-52-GMT.mhtml

**Hash (SHA256)**
4ac8a4961d53891dd9bdc428701116be813cc9b2dbcde9f44925de35bd6062

**Signature (PKCS#1v1.5)**
e+ctbmdU9NTOnqsJrO3qrwm3LdvOvYgbZofa8vuF9naomu8craendpc1Lt2RKYLLDTQLJGWC+LxmBm7nDXUQOsa5RT8gdGwfrHqMXtO7vi0bcIDDaa89jhPoDEM4zW5Sqjl70vUUgIbeK2nTLgoeju3EkNx+tekTQrwoeSW5nKX8fshlnwsSOww2oSiZ/+eZXk/6nXuNbAIZUJbgp7jX/idSzg74QzO3KNrO+ldDm2O5yzvSErckpKzEfgU0LkGn0tzLdXQrM2S2us1hLfZb/mtlvFgcU1/WFVOM1V9Nm0O0TTCyVEhrHzK5JvXPzcIyTz0Q5a3QHPGsyORh1A==





# Evidence Collection Report

Page Title
"Smiley Face " Sticker for Sale by faithsshop | Redbubble

URL
https://www.redbubble.com/i/sticker/Smiley-Face-by-faithsshop/70152559.EJUG5

Collection Date
Fri, 21 Apr 2023 19:31:08 UTC (US Department of Commerce / NIST authenticated timestamp)

Collected by
Sarah Christodoulou

IP Address
2a00:1b00:8:06:5

Browser Information
Mozilla 5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

Digital Signature (SHA256 / PKCS#1v1.5):
bbd4afd43df99bf12fdmg71Fq4npu5YFf84n5sC2SQV1a5cC7Qt4DNMFp4dOGa61uZCZ9FbSd9bMG61uSv9HtHuhuM9Vg5IuMkTUz0Su9EL4f1B7UcsiLkADw1AGdgwT0ktAgPhFrz

## File Signatures

SCREEN CAPTURE
PDF

File Name
screencap_ZHtjsGJj5jQmvwww.redbubble.com0i20Stickerr0Smiley-Face-by-faithsshop0Jll70152559.EJUG5JJ_Fri,21-Apr-2023-19-31-08-GMT.pdf

Hash (SHA256)
c0e0bb21bdf8ed94e6493e3e7d2da1a6833320f2294df6bd4187c3c06ce65

Signature (PKCS#1v1.5):
bSa4V35d1VfeCd9EzxaYnSrQ1qvNnMzcfLtppsHYQtkJxLg2advateVdFp9z29ue49HJyAoW006HQZBae256RCbs7amG1SCMAqQ5S1Ga2HtbewWFuXdbbgB2DS29raQ2Gih4Oe1AQabpkt4uJmJHtKcGpCkryn











# Evidence Collection Report

**Page Title**

Secure Checkout | Redbubble

**URL**

https://www.redbubble.com/check-out

**Collection Date**

Mon, 08 May 2023 19:11:28 UTC (US Department of Commerce / NIST authenticated timestamp)

**Collected by**

Abtahi Rakin

**IP Address**

2001:ac8:9a:1e:3

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/112.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

oWW2Vm2BNnuG+oNoT3gUNA7oVcPPr/NEc0hQKWq7nkTkqd5T7ZDEtLcrSE8b2sJLwa/y+faNhkuGS8PQ/cV4RwgInMqxHrNTHajuMtNTO85MzgRAL49A/2wZXrJbi48w4F8DX7J/YVSDdbjxmjvPAHjQTWlpzRhFA100TQtO3AdNyFYwWThnyKSTgU8ecYtLYRruvwKcZNBvxny30fkog2dvP9WKNcaduwCceSRKGBbMODCtgX/4f8xGD4DtfhNnrW4EbiyzrgdvPH7aGWulgxYyMZkkLOvzzZDX2mnn/XIP3pxQPQ92TkPaTd23oouAR6xKKfkrYBOUtHPQ==

# File Signatures

**SCREEN CAPTURE**

**MHTML**

**File Name**

screencap_[https][fh][fs]www.redbubble.com[h]check-out]_Mon,-08-May-2023-19-11-28-GMT.mhtml

**Hash (SHA256)**

e896d9a55e2cbb4df89f4138413f3500eee1460885417b2246d3a82724cf25fc9

**Signature (PKCS#1v1.5)**

Pi59Jj6aQAhx7x1vD+5AdON5sdi8m3iuq8gYH0GDQxMKnS/Uoh/IfkTcEUfSRq0DIyBVKgYcSuHknJQGAF4TdDxhXNy3kWwCy11Ja3ueb0PRcBWs3MAqccvfpkdiUwbdf3WKhv72GzYRYEHJtLAJywiDNS8HxpvAzf2NxxLv43/5zQ+DjzrPrc/1ZR6ZAKhQa3ZCL55N0ErGP+T9TtnRR73pWAx/K8eoD5puWPvyMu95X+TkTFMIAZ+viSRbH2+x0tz1BLHpi9bsmhYawzHcvZBQpc/5JxSEOcG3PEybb559qkq7JwfLmHZe0pKDN4fUmZ7N0s0wjuzJi7LqBQ==



