UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 23-61233-CIV-MARTINEZ-BECERRA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## SEALED ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above captioned cause is referred to United States Magistrate Judge **Jacqueline Becerra** to take all necessary and proper action as required by law with respect to:

**All matters relating to Plaintiff's motion for application for entry of preliminary injunction, (ECF No. 5).**[*]

Judge Becerra shall set a hearing as soon as possible, depending on her availability, requiring Defendants to appear and show cause if any they have, why they, their agents, officers and employees, and all other persons and entities in active concert or participation with them

---

[*] Plaintiff's Motion, (ECF No. 5), seeks two types of relief: (1) the entry of a temporary restraining order and order restraining assets and (2) the entry of a preliminary injunction. The subject referral is limited to the portion of Plaintiff's Motion requesting the entry of a preliminary injunction. This Court has ruled on the portion of Plaintiff's motion seeking the entry of a temporary restraining order and order restraining transfer of assets by separate order filed simultaneously hereto.

should not be restrained and preliminarily enjoined pursuant to Plaintiff's motion for application for entry of a preliminary injunction. Further, Judge Becerra shall set a briefing schedule for the parties with respect to (a) Defendants' Opposition, if any, to Plaintiff's motion for application for entry of a preliminary injunction and Plaintiffs' Reply, if any, and (b) shall set a deadline with respect to the notice of any exhibits or other things or documents that Defendants reasonably anticipate to use as evidence or provide to the Court during the show cause hearing.

It is further **ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption: (**Case Number: 23-61233-CIV-MARTINEZ-BECERRA**).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of July, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record