UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:23-CV-61233-JEM

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, pursuant to this Court's Order [D.E. 19] hereby gives notice of the following defendant parties being entered into the CM/ECF system:[1]

| Defendant | Seller Name |
|---|---|
| 3 | 360-DESIGN |
| 6 | Acapellah |
| 7 | AcidDesigns |
| 11 | AJ_Liber |
| 13 | akzidenz |
| 14 | ALEX ★ ★ ★ ★ ★ |
| 18 | Alexa5454 |
| 19 | AlexandraVarvas |
| 20 | AlexDelBucco |
| 22 | Alonesa |
| 25 | Anas Bike |
| 28 | AngeeloS |
| 29 | AngelosShop |
| 32 | AnonymousKings |

---

[1] In consideration of technical limitations of the CM/ECF system, Plaintiff's notice is limited to batches of 100 defendants.

| | |
|---|---|
| 33 | anuvan |
| 36 | artbybhakti22 |
| 37 | Artbysaeme |
| 38 | ArtisticDigi |
| 44 | asrulanas |
| 45 | atifdesign |
| 46 | atti68 |
| 47 | Atzon |
| 48 | Aura __Print |
| 49 | averycooluser |
| 50 | AvocadoMomoo |
| 51 | AyarNaz |
| 52 | ayoayo13 |
| 53 | Bangkokciaga |
| 54 | BarkerThomas |
| 55 | becca-drawsss1 |
| 57 | Bella shop |
| 59 | BellaGreenet |
| 60 | Best4all |
| 61 | bkxxl |
| 62 | bobonskt |
| 63 | borzauekelle |
| 64 | Boxmach5577 |
| 69 | BubblyTee |
| 70 | Bubelletea |
| 73 | bykirstco |
| 74 | byTaviwan |
| 76 | camilla_jarvis ★★★★★ |
| 77 | CarbonClothing |
| 78 | carlidesigns |
| 79 | CarolinEdmun |
| 82 | Cavylord |
| 84 | cgroenewald |
| 86 | chauncey-mai |
| 87 | chickenoodles |
| 89 | Ciaracallan |
| 90 | cj-stickerz |
| 92 | Claudiocmb |
| 94 | codesandco |
| 98 | Cutiegoodies |
| 99 | cuvelie-shop |
| 100 | DANADVAY |

| | | |
|---|---|---|
| | 101 | Daniel Sheerin |
| | 103 | DarneP |
| | 105 | DAUOS |
| | 107 | davinccidz |
| | 110 | DecoSpot |
| | 111 | DeepSpaceAcid |
| | 112 | Deezyna |
| | 113 | DenerQueiroz |
| | 114 | Desgin0001 |
| | 123 | disvitesse |
| | 124 | Doggie Poggie |
| | 125 | doumar1 |
| | 126 | DreamBigShirts |
| | 127 | dripszn |
| | 128 | Duburu |
| | 130 | edstoj |
| | 131 | Elena Diamantopoulou |
| | 133 | eleni-t |
| | 136 | Ellich |
| | 137 | elliemarquis |
| | 138 | EmB-Art |
| | 146 | FaithandLove |
| | 147 | faith-designs |
| | 148 | famfun5 |
| | 149 | fashionline1 |
| | 150 | Fashionvivi |
| | 151 | FESTOUN STUDIOS |
| | 152 | fffflick |
| | 153 | fizzywashere |
| | 154 | fozsticker |
| | 155 | franceskaaaaa |
| | 156 | frederikkeme |
| | 157 | Freeburn |
| | 158 | freyalily13 |
| | 159 | FunkisDesignes |
| | 160 | FunSection |
| | 164 | GBDesigner |
| | 165 | GDCdesigns |

Date:   August 11, 2023                    Respectfully submitted by,

*/s/ A. Robert Weaver*

3

                                      Arthur Robert Weaver (Fla. Bar No. 92132)
                                      Email: rweaver@brickellip.com
                                      THE BRICKELL IP GROUP, PLLC
                                      1101 Brickell Avenue, South Tower, Suite 800
                                      Miami FL, 33131
                                      Telephone: (305) 728-8831
                                      *Attorneys for Plaintiff*