UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-61233

THE SMILEY COMPANY SPRL,

    Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

☺ MADE BY LORELAI ☺ (Defendant No. 1 on Schedule "A" to the Complaint),

1111pm (Defendant No. 2 on Schedule "A" to the Complaint),

abbyk20 (Defendant No. 4 on Schedule "A" to the Complaint),

abigailscherer (Defendant No. 5 on Schedule "A" to the Complaint),

aekohnen (Defendant No. 8 on Schedule "A" to the Complaint),

ains faith (Defendant No. 10 on Schedule "A" to the Complaint),

ak1rapsb (Defendant No. 12 on Schedule "A" to the Complaint),

alex may (Defendant No. 15 on Schedule "A" to the Complaint),

Alexa Gere (Defendant No. 16 on Schedule "A" to the Complaint),

alexa1125 (Defendant No. 17 on Schedule "A" to the Complaint),

1

alli Nicole (Defendant No. 21 on Schedule "A" to the Complaint),

AmayaMariaBanko (Defendant No. 23 on Schedule "A" to the Complaint),

American Artist (Defendant No. 24 on Schedule "A" to the Complaint),

and3384 (Defendant No. 26 on Schedule "A" to the Complaint),

andreariv (Defendant No. 27 on Schedule "A" to the Complaint),

Angie Mejia (Defendant No. 30 on Schedule "A" to the Complaint),

anlaw48 (Defendant No. 31 on Schedule "A" to the Complaint),

Anya1617 (Defendant No. 34 on Schedule "A" to the Complaint),

Ariana1414 (Defendant No. 35 on Schedule "A" to the Complaint),

Artistkhg (Defendant No. 39 on Schedule "A" to the Complaint),

artngalaxy (Defendant No. 40 on Schedule "A" to the Complaint),

art-supplies (Defendant No. 41 on Schedule "A" to the Complaint),

artsy-lizard (Defendant No. 42 on Schedule "A" to the Complaint),

Ashley N (Defendant No. 43 on Schedule "A" to the Complaint),

Bella :) (Defendant No. 56 on Schedule "A" to the Complaint),

bellacduncan (Defendant No. 58 on Schedule "A" to the Complaint),

brett5534 (Defendant No. 65 on Schedule "A" to the Complaint),

brookemic01 (Defendant No. 66 on Schedule "A" to the Complaint),

Bubbalu2006 (Defendant No. 67 on Schedule "A" to the Complaint),

BubbleRedSeller (Defendant No. 68 on Schedule "A" to the Complaint),

BunnyBee73 (Defendant No. 71 on Schedule "A" to the Complaint),

byBRASS (Defendant No. 72 on Schedule "A" to the Complaint),

Callie . (Defendant No. 75 on Schedule "A" to the Complaint),

caseyb2403 (Defendant No. 80 on Schedule "A" to the Complaint),

caseyjoss (Defendant No. 81 on Schedule "A" to the Complaint),

Cecelia Hotzler (Defendant No. 83 on Schedule "A" to the Complaint),

CharFriedman (Defendant No. 85 on Schedule "A" to the Complaint),

chloexoxo45 (Defendant No. 88 on Schedule "A" to the Complaint),

ClassEssentials (Defendant No. 91 on Schedule "A" to the Complaint),

Clefairy Creations (Defendant No. 93 on Schedule "A" to the Complaint),

CommanderLibra (Defendant No. 95 on Schedule "A" to the Complaint),

Cool Fun  Awesome Time (Defendant No. 96 on Schedule "A" to the Complaint),

coyokat (Defendant No. 97 on Schedule "A" to the Complaint),

Danielle Nguyen (Defendant No. 102 on Schedule "A" to the Complaint),

dattbeetch (Defendant No. 104 on Schedule "A" to the Complaint),

DaveM7054 (Defendant No. 106 on Schedule "A" to the Complaint),

dcwphotos (Defendant No. 108 on Schedule "A" to the Complaint),

debshop (Defendant No. 109 on Schedule "A" to the Complaint),

DesignBliss2021 (Defendant No. 115 on Schedule "A" to the Complaint),

designbycj (Defendant No. 116 on Schedule "A" to the Complaint),

DesignedbySaeen (Defendant No. 117 on Schedule "A" to the Complaint),

designsbyosg (Defendant No. 118 on Schedule "A" to the Complaint),

designssbyaddie (Defendant No. 119 on Schedule "A" to the Complaint),

DesignStory (Defendant No. 120 on Schedule "A" to the Complaint),

destinyjbeal (Defendant No. 121 on Schedule "A" to the Complaint),

Digital50 (Defendant No. 122 on Schedule "A" to the Complaint),

DylanMathew (Defendant No. 129 on Schedule "A" to the Complaint),

elenachristiana (Defendant No. 132 on Schedule "A" to the Complaint),

elleinadart (Defendant No. 134 on Schedule "A" to the Complaint),

Ellerbee-76 (Defendant No. 135 on Schedule "A" to the Complaint),

Emily Youngblood (Defendant No. 139 on Schedule "A" to the Complaint),

emilybujos (Defendant No. 140 on Schedule "A" to the Complaint),

Emma Callahan (Defendant No. 141 on Schedule "A" to the Complaint),

Emma F (Defendant No. 142 on Schedule "A" to the Complaint),

Emma Turner (Defendant No. 143 on Schedule "A" to the Complaint),

EmmaMariePrints (Defendant No. 144 on Schedule "A" to the Complaint),

Emyrux (Defendant No. 145 on Schedule "A" to the Complaint),

gabbyabowitz1 (Defendant No. 161 on Schedule "A" to the Complaint),

gabrielle Woolridge (Defendant No. 162 on Schedule "A" to the Complaint),

GamerArtist (Defendant No. 163 on Schedule "A" to the Complaint),

GirlyBean (Defendant No. 169 on Schedule "A" to the Complaint),

gjdejesus22 (Defendant No. 170 on Schedule "A" to the Complaint),

Good Vibes (Defendant No. 176 on Schedule "A" to the Complaint),

Grace  Kinney (Defendant No. 180 on Schedule "A" to the Complaint),

Gracebello (Defendant No. 181 on Schedule "A" to the Complaint),

gwenygorfinn (Defendant No. 184 on Schedule "A" to the Complaint),

Hamfitz (Defendant No. 185 on Schedule "A" to the Complaint),

hanna-esh (Defendant No. 186 on Schedule "A" to the Complaint),

hannahvira (Defendant No. 187 on Schedule "A" to the Complaint),

Helena Villanueva (Defendant No. 189 on Schedule "A" to the Complaint),

Hello Auggie (Defendant No. 191 on Schedule "A" to the Complaint),

heyd00d (Defendant No. 192 on Schedule "A" to the Complaint),

heyitskelton (Defendant No. 193 on Schedule "A" to the Complaint),

inezj (Defendant No. 202 on Schedule "A" to the Complaint),

insanestickers3 (Defendant No. 203 on Schedule "A" to the Complaint),

InsideOutside (Defendant No. 204 on Schedule "A" to the Complaint),

interlude88 (Defendant No. 205 on Schedule "A" to the Complaint),

JacksonCain (Defendant No. 215 on Schedule "A" to the Complaint),

JadasArtDesigns (Defendant No. 216 on Schedule "A" to the Complaint),

jennamcasey (Defendant No. 220 on Schedule "A" to the Complaint),

jjohnsonn (Defendant No. 222 on Schedule "A" to the Complaint),

jmbturtle (Defendant No. 224 on Schedule "A" to the Complaint),

Julia13583 (Defendant No. 225 on Schedule "A" to the Complaint),

K B (Defendant No. 227 on Schedule "A" to the Complaint),

Kaitlyn Hart (Defendant No. 228 on Schedule "A" to the Complaint),

kalineileen (Defendant No. 229 on Schedule "A" to the Complaint),

kalmull (Defendant No. 230 on Schedule "A" to the Complaint),

Kandi Hohenberger (Defendant No. 232 on Schedule "A" to the Complaint),

keeganemma (Defendant No. 236 on Schedule "A" to the Complaint),

kjmella03 (Defendant No. 238 on Schedule "A" to the Complaint),

kkcreates (Defendant No. 239 on Schedule "A" to the Complaint),

Krose70 (Defendant No. 240 on Schedule "A" to the Complaint),

kyralee34 (Defendant No. 243 on Schedule "A" to the Complaint),

LaneysArt (Defendant No. 245 on Schedule "A" to the Complaint),

laura detrow (Defendant No. 246 on Schedule "A" to the Complaint),

Lily Ryan Stoltz (Defendant No. 251 on Schedule "A" to the Complaint),

LinaArraour (Defendant No. 253 on Schedule "A" to the Complaint),

lindsay-designs (Defendant No. 254 on Schedule "A" to the Complaint),

livelaughmemes (Defendant No. 257 on Schedule "A" to the Complaint),

londynbennett (Defendant No. 258 on Schedule "A" to the Complaint),

Lpolkinhorn (Defendant No. 259 on Schedule "A" to the Complaint),

lsmithdesign (Defendant No. 260 on Schedule "A" to the Complaint),

luna-dragon01 (Defendant No. 263 on Schedule "A" to the Complaint),

maddyc7 (Defendant No. 267 on Schedule "A" to the Complaint),

Madelyn Jarrett (Defendant No. 268 on Schedule "A" to the Complaint),

madssticker (Defendant No. 269 on Schedule "A" to the Complaint),

MakaylasStudio (Defendant No. 271 on Schedule "A" to the Complaint),

mediorcesav (Defendant No. 279 on Schedule "A" to the Complaint),

meganwood32 (Defendant No. 280 on Schedule "A" to the Complaint),

Megroxy1 (Defendant No. 281 on Schedule "A" to the Complaint),

melynnievore (Defendant No. 282 on Schedule "A" to the Complaint),

Merefriend (Defendant No. 284 on Schedule "A" to the Complaint),

Michael Stewart (Defendant No. 287 on Schedule "A" to the Complaint),

MintedFresh (Defendant No. 293 on Schedule "A" to the Complaint),

misfitapparel (Defendant No. 295 on Schedule "A" to the Complaint),

Molliesart (Defendant No. 304 on Schedule "A" to the Complaint),

mollyhenrikson (Defendant No. 305 on Schedule "A" to the Complaint),

MorganRandazzoo (Defendant No. 308 on Schedule "A" to the Complaint),

Mountain Movers :) (Defendant No. 309 on Schedule "A" to the Complaint),

my3draws (Defendant No. 311 on Schedule "A" to the Complaint),

myaaemaa (Defendant No. 312 on Schedule "A" to the Complaint),

nayafromneptune (Defendant No. 314 on Schedule "A" to the Complaint),

Nina3712 (Defendant No. 319 on Schedule "A" to the Complaint),

Nothadia (Defendant No. 324 on Schedule "A" to the Complaint),

nothinglessart (Defendant No. 325 on Schedule "A" to the Complaint),

optimistjenna (Defendant No. 330 on Schedule "A" to the Complaint),

Preppyandco (Defendant No. 339 on Schedule "A" to the Complaint),

QuantumRain (Defendant No. 344 on Schedule "A" to the Complaint),

quarterfour (Defendant No. 345 on Schedule "A" to the Complaint),

quenita (Defendant No. 346 on Schedule "A" to the Complaint),

Rachael Prost (Defendant No. 347 on Schedule "A" to the Complaint),

rache21(Defendant No. 348 on Schedule "A" to the Complaint),

rachelgrapesart (Defendant No. 349 on Schedule "A" to the Complaint),

randcsupplies (Defendant No. 352 on Schedule "A" to the Complaint),

RandyEbk (Defendant No. 353 on Schedule "A" to the Complaint),

ReggieDesignCo (Defendant No. 358 on Schedule "A" to the Complaint),

rnstickers (Defendant No. 363 on Schedule "A" to the Complaint),

Rose Marie (Defendant No. 367 on Schedule "A" to the Complaint),

rpaschen (Defendant No. 368 on Schedule "A" to the Complaint),

rubylich (Defendant No. 369 on Schedule "A" to the Complaint),

Sam Spencer (Defendant No. 377 on Schedule "A" to the Complaint),

SamanthaKealy (Defendant No. 378 on Schedule "A" to the Complaint),

Sara-g01 (Defendant No. 381 on Schedule "A" to the Complaint),

sbaker7 (Defendant No. 384 on Schedule "A" to the Complaint),

sbubbey (Defendant No. 386 on Schedule "A" to the Complaint),

schippwreck (Defendant No. 387 on Schedule "A" to the Complaint),

Scottie C. (Defendant No. 389 on Schedule "A" to the Complaint),

selr (Defendant No. 391 on Schedule "A" to the Complaint),

Sharon5310 (Defendant No. 396 on Schedule "A" to the Complaint),

shopsadiestyles (Defendant No. 400 on Schedule "A" to the Complaint),

shoshiwalder (Defendant No. 402 on Schedule "A" to the Complaint),

SmilinEyes (Defendant No. 408 on Schedule "A" to the Complaint),

Sofia Gray (Defendant No. 410 on Schedule "A" to the Complaint),

SophiaAmato (Defendant No. 412 on Schedule "A" to the Complaint),

SpaceXArt (Defendant No. 415 on Schedule "A" to the Complaint),

Spark Creative Co. (Defendant No. 416 on Schedule "A" to the Complaint),

SpiritStyle (Defendant No. 417 on Schedule "A" to the Complaint),

ssserafinaa (Defendant No. 419 on Schedule "A" to the Complaint),

Sstacyy (Defendant No. 420 on Schedule "A" to the Complaint),

starr-13 (Defendant No. 422 on Schedule "A" to the Complaint),

Stephen Barnwell (Defendant No. 423 on Schedule "A" to the Complaint),

stickersbycat (Defendant No. 425 on Schedule "A" to the Complaint),

stitchrox (Defendant No. 426 on Schedule "A" to the Complaint),

strawb3rr1fa1ry (Defendant No. 428 on Schedule "A" to the Complaint),

StripedStudios (Defendant No. 430 on Schedule "A" to the Complaint),

supremleader (Defendant No. 436 on Schedule "A" to the Complaint),

surfsupstickers (Defendant No. 437 on Schedule "A" to the Complaint),

svnnystickers (Defendant No. 438 on Schedule "A" to the Complaint),

sweeter2703 (Defendant No. 439 on Schedule "A" to the Complaint),

sydneyfingerman (Defendant No. 441 on Schedule "A" to the Complaint),

sydneynightlive (Defendant No. 442 on Schedule "A" to the Complaint),

The Bayberry Road Company (Defendant No. 445 on Schedule "A" to the Complaint),

TheCrazyLifeTM (Defendant No. 446 on Schedule "A" to the Complaint),

theletterv (Defendant No. 449 on Schedule "A" to the Complaint),

TheShack (Defendant No. 452 on Schedule "A" to the Complaint),

TheStickerMall (Defendant No. 453 on Schedule "A" to the Complaint),

TM Taylor (Defendant No. 460 on Schedule "A" to the Complaint),

trashedpunk (Defendant No. 464 on Schedule "A" to the Complaint),

TRONIC PEN (Defendant No. 468 on Schedule "A" to the Complaint),

TyFi-Designs (Defendant No. 470 on Schedule "A" to the Complaint),

UcanStickIt (Defendant No. 471 on Schedule "A" to the Complaint),

UniqueArt4u (Defendant No. 474 on Schedule "A" to the Complaint),

UniSh123 (Defendant No. 475 on Schedule "A" to the Complaint),

UNTITLED367 (Defendant No. 476 on Schedule "A" to the Complaint),

VLZimpressions (Defendant No. 482 on Schedule "A" to the Complaint),

wasteworld (Defendant No. 484 on Schedule "A" to the Complaint),

xDemons-Shopx (Defendant No. 487 on Schedule "A" to the Complaint), and

xxlanaxx (Defendant No. 489 on Schedule "A" to the Complaint).

Date: August 11, 2023

Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*