UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:23-CV-61233-JEM

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

                             /

## NOTICE OF ENTRY OF PARTIES

Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, pursuant to

this Court's Order [D.E. 19] hereby gives notice of the following defendant parties being entered

into the CM/ECF system:[1]

| Defendant | Seller Name |
|---|---|
| 166 | gerykoil8 |
| 167 | Gigantic Mouse |
| 168 | gildel-design |
| 171 | gobeautydesign |
| 172 | GOBO-PALACE |
| 173 | Goforcreations |
| 174 | Golden80sArt |
| 175 | Golido |
| 177 | goodfindsmanila |
| 178 | GoodVibesraj |
| 179 | GovindV |
| 182 | Gracious99 |
| 183 | grickodd |
| 188 | HappyApparels |

[1] In consideration of technical limitations of the CM/ECF system, Plaintiff's notice is limited to batches of 100 defendants.

| | |
|---|---|
| 190 | hello |
| 194 | Hiya There! |
| 195 | Hollysplace |
| 196 | honeystickersz |
| 197 | HudsonMcKenna |
| 198 | hulio96hulio |
| 199 | Ikaroots |
| 200 | iluvjustin |
| 201 | imamjt |
| 206 | IrenaAner |
| 207 | ISB Fashion |
| 208 | Isidoreurida |
| 209 | ismailalrawi |
| 210 | ITiMTanG |
| 211 | itsivyiguess |
| 212 | Jabirlux |
| 213 | Jabulanis |
| 214 | JackDson |
| 217 | Jamhard16 |
| 218 | Jammy sandy |
| 219 | janimee |
| 221 | Jennx17 |
| 223 | jk-stickers |
| 226 | JustSmileOk |
| 231 | Kamel Designs |
| 233 | karebavel |
| 234 | kazada |
| 235 | KDVshopUS |
| 237 | Kerbad |
| 241 | KuRVeTi |
| 242 | kyleboom |
| 244 | Lacasaderoyal |
| 247 | Laurie Minor |
| 248 | lemonsnowcones |
| 249 | letsgetinspired |
| 250 | liludilu |
| 252 | -Lily-Anne- |
| 255 | Liquid Boness |
| 256 | Live-Clothes |
| 261 | Lucky-f ★ ★ ★ ★ ★ |
| 262 | Luke Beattie |
| 264 | LynksArts |
| 265 | m70s |

| | |
|---|---|
| 266 | maciej8765 |
| 270 | Makalo |
| 272 | makemove |
| 273 | -MAOU |
| 274 | mariib |
| 275 | Mark359 Designs |
| 276 | MaryJsi |
| 277 | Mashudu16 |
| 278 | Md1982 |
| 283 | Merazi |
| 285 | Meteore-x |
| 286 | Miah13104 |
| 288 | michahptowel |
| 289 | mickweewee |
| 290 | millafrlan |
| 291 | Mima40 |
| 292 | minimal  and |
| 294 | Mirnay ★ ★ ★ ★ ★ |
| 296 | misinka |
| 297 | Miske75 |
| 298 | MLGraphics |
| 299 | MllyDesign |
| 300 | mmrartprints |
| 301 | mnepunk |
| 302 | Mohamed Emad |
| 303 | mohamedsalah15 |
| 306 | Monkeyshop13 |
| 307 | MoonsmileProd |
| 310 | MSB-design |
| 313 | Mydreamnew |
| 315 | Nayan02 |
| 316 | NazumaShop |
| 317 | NBL-Prints |
| 318 | newyorker01 |
| 320 | Nissanshop |
| 321 | Nitin05 |
| 322 | NobodysHero |
| 326 | nwshanahan |
| 327 | Offlline |
| 328 | OGGYREALM |
| 329 | opheliaaniston |
| 331 | ouryka |
| 332 | PabloBSanchez |

| | |
|---|---|
| 333 | Pastel Lulu |
| 334 | peachesncream03 |
| 335 | persidesigns |
| 336 | Peter4339 |
| 337 | PinkMonster2020 |
| 338 | Pixelhuby |
| 340 | Prideta |

Date:   August 11, 2023                    Respectfully submitted by,

*/s/ A. Robert Weaver*
Arthur Robert Weaver (Fla. Bar No. 92132)
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*