UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:23-CV-61233-JEM

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

     Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, pursuant to

this Court's Order [D.E. 19] hereby gives notice of the following defendant parties being entered

into the CM/ECF system:[1]

| Defendant | Seller Name |
|-----------|-------------|
| 341 | priyankak19 |
| 342 | publisher2022 |
| 343 | QBarte |
| 350 | RafaTakami |
| 351 | raiykula |
| 354 | RaymondPurves |
| 355 | razaldo |
| 356 | rd-dsign |
| 361 | Richard Edwards |
| 357 | Recton |
| 359 | ReneMagritteArt |
| 360 | RiaBubble |
| 362 | Rita Gonzalez |
| 364 | Robbie332 |

---

[1] In consideration of technical limitations of the CM/ECF system, Plaintiff's notice is limited to
batches of 100 defendants.

| 365 | robinallington |
|-----|----------------|
| 366 | Robyn18 |
| 370 | RudeDreamer |
| 371 | RyanAnt |
| 372 | saalrusan |
| 373 | sajaaths |
| 374 | Sakimaru Takohiki |
| 375 | salehstore7 |
| 376 | salparadise666 |
| 323 | NomYen . |
| 379 | SANMERA |
| 380 | Saparnashop07 |
| 382 | satyam012 |
| 383 | Sayitwithsmile |
| 385 | SBFStore |
| 388 | ScM555 |
| 390 | selados |
| 392 | Semen Gutman |
| 393 | Serenity mihn |
| 394 | Shadowbyte91 |
| 395 | ShadowCreation |
| 397 | -Shedo- |
| 398 | Shinji Saga |
| 399 | shirtzu |
| 401 | ShopShop93 |
| 404 | sidestore |
| 405 | Simovations |
| 406 | Simplequeen |
| 407 | siyaforshort |
| 409 | Sobhy Elkhawaga |
| 411 | somethinyoulike |
| 413 | sophiesdesignz |
| 414 | SORMEA |
| 418 | Squiel |
| 421 | StallionDesignz |
| 403 | Shree Rao |
| 424 | Stickerbookpals |
| 427 | Strange-Loope |
| 429 | strawbearynose |
| 431 | sukram42 |
| 432 | Sunanthan786 |
| 433 | Sunset Samurai |
| 434 | SuperAceDesigns |

| | |
|---|---|
| 435 | SuperFreshArt |
| 440 | SxDayz |
| 443 | Taliyah1987 |
| 444 | teesandprints |
| 447 | TheDeadlyQueen |
| 448 | TheJulesCompany |
| 450 | ThePaz |
| 451 | TheRealHat |
| 454 | TheStylishQuote |
| 455 | thewitchisdeadd |
| 456 | thilankasan |
| 458 | ThugArtist |
| 459 | tigvo |
| 461 | TnT-Merch |
| 457 | THIRTY EIGHT |
| 462 | Tony Brandy |
| 463 | Torch |
| 465 | TrendsMrt |
| 466 | TrendyStr |
| 467 | TreSticker |
| 469 | Tttt-411 |
| 472 | Ukubach |
| 473 | Unique Design ★ ★ ★ ★ |
| 477 | ValArezEaster |
| 478 | Vero997 |
| 479 | VintagePrada |
| 480 | ViolescentX |
| 481 | VitorKona |
| 483 | Waleedw |
| 485 | WoodenFlamingo |
| 486 | WVNDR |
| 488 | xxc5 |
| 490 | yacoubdaoud |
| 491 | YASSMEEN56 |
| 492 | ybviki |
| 493 | YellowLion |
| 494 | yohhstore |
| 495 | yskjournal |
| 496 | yudraw |
| 497 | Zach Smith |
| 498 | ZafranOnline |
| 499 | ZIBO ★ ★ ★ ★ |

| 500 | Ztudio |
|-----|--------|

Date:   August 11, 2023

Respectfully submitted by,

*/s/ A. Robert Weaver*
Arthur Robert Weaver (Fla. Bar No. 92132)
Email: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*