UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-CV-61233-JEM

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, residing in the county of Hillsborough, and I am an attorney for Plaintiff The Smiley Company SPRL. in the above captioned action.

On August 11, 2023, The Brickell IP Group, PLLC emailed copies of the Complaint (Dkt. 1), the *Ex Parte* Motion for Temporary Restraining Order (Dkt. 5), sealed Order granting the temporary restraining order (Dkt. 12), Issued Summons (Dkt. 11), and Order referring a preliminary injunction hearing to Magistrate Judge Becerra (Dkt. 13) to all non-dismissed defendants on Schedule "A" based on e-mail addresses provided by the third party online marketplace platform eBay in response to Plaintiff's third party subpoena.

The Defendants were contemporaneously provided a link to Plaintiff's publication website https://www.dropbox.com/scl/fo/kyoawq4v7n4w3qapw5s4k/h?rlkey=jn9hxyn95wltwy6y04p7fmuxn&dl=0 on which Plaintiff has maintained copies of all filings in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   August 21, 2023 									Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*
A. Robert Weaver
Fla. Bar No. 92132
Email: rweaver@brickellip.com

*Counsel for Plaintiff*