UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:23-cv-61233-MARTINEZ-BECERRA

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

PLEASE TAKE NOTICE Plaintiff, The Smiley Company SPRL, by undersigned counsel, hereby served copies of the Court's paperless order setting a hearing on Plaintiff's Motion for Entry of Preliminary Injunction [Dkt. 25] on all non-dismissed defendants on Sunday August 22, 2023.

Date:  August 21, 2023                    Respectfully submitted by,

                                                    */s/ A. Robert Weaver*
                                                    Arthur Robert Weaver (Fla. Bar No. 92132)
                                                    Email: rweaver@brickellip.com
                                                    THE BRICKELL IP GROUP, PLLC
                                                    1101 Brickell Avenue, South Tower, Suite 800
                                                    Miami FL, 33131
                                                    Telephone: (305) 728-8831
                                                    *Attorneys for Plaintiff*