UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:23-cv-61233-JEM

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**NOTICE OF FILING PROPOSED REPORT AND RECOMMENDATION FOR
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, The Smiley Company SPRL ("Smiley" or "Plaintiff"), by and through its undersigned counsel, hereby gives notice that the foregoing document is being electronically filed.

Date:  August 21, 2023                     Respectfully submitted by,

                                                  */s/ A. Robert Weaver*
                                                  Arthur Robert Weaver (Fla. Bar No. 92132)
                                                  Email: rweaver@brickellip.com
                                                  THE BRICKELL IP GROUP, PLLC
                                                  1101 Brickell Avenue, South Tower, Suite 800
                                                  Miami FL, 33131
                                                  Telephone: (305) 728-8831
                                                  *Attorneys for Plaintiff*