UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:23-cv-61233-MARTINEZ-BECERRA

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

                                      /

## NOTICE OF COMPLIANCE AND PROOF OF SERVICE

      PLEASE TAKE NOTICE Plaintiff, The Smiley Company SPRL, by undersigned counsel,

hereby served by e-mail a copy of the Court's paperless order re-setting a hearing on Plaintiff's

Motion for Entry of Preliminary Injunction [Dkt. 33] on all non-dismissed defendants on Tuesday,

August 22, 2023. Attached herewith is a copy of the correspondence sent from Plaintiff's counsel

as proof of service.


Date:   August 22, 2023                Respectfully submitted by,

                                            */s/ A. Robert Weaver*
                                            Arthur Robert Weaver (Fla. Bar No. 92132)
                                            Email: rweaver@brickellip.com
                                            THE BRICKELL IP GROUP, PLLC
                                            1101 Brickell Avenue, South Tower, Suite 800
                                            Miami FL, 33131
                                            Telephone: (305) 728-8831
                                            *Attorneys for Plaintiff*