**rweaver@brickellip.com**

| | |
|---|---|
| **From:** | jsobrado@brickellip.com |
| **Sent:** | Tuesday, August 22, 2023 9:38 PM |
| **To:** | rweaver@brickellip.com |
| **Subject:** | FW: Activity in Case 0:23-cv-61233-JEM The Smiley Company SPRL v. The Individuals, Partnerships, and Unincorporated Associations set forth on Schedule A Order |
| **Attachments:** | [33] Order Resetting PI Hearing.pdf |

**From:** IP Administrator <admin@brickellip.com>
**Sent:** Tuesday, August 22, 2023 9:23 PM
**To:** Javier Sobrado <jsobrado@brickellip.com>
**Subject:** Re: Activity in Case 0:23-cv-61233-JEM The Smiley Company SPRL v. The Individuals, Partnerships, and Unincorporated Associations set forth on Schedule A Order

Dear Defendants:

Please take note that today's preliminary injunction hearing has been continued to Wednesday, September 13, 2023.  If any unrepresented Defendant wishes to participate in the hearing telephonically, those defendants must submit a request for remote appearance to Plaintiff's counsel, Robert Weaver, rweaver@brickellip.com, by 5:00 PM EST on September 5, 2023.  That request MUST include the following:

(1) the name of the Defendant RedBubble store that wishes to appear remotely; and
(2) whether the Defendant RedBubble store is owned by an individual or by a business entity (corporation, partnership, limited liability company, etc.), and if an individual, the name of the owner;
(3) the name of the individual appearing on behalf of the Defendant Redbubble store and confirmation that the individual appearing is the owner of the store.

A copy of the Court's order resetting the hearing and instructing Defendants to submit these requests to Plaintiff's counsel can be found below, has been attached, and has been posted to Plaintiff's service website.

Regards,
Stephanie

Estefania Belaunde
IP Administrator
The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
e-mail: admin@brickellip.com
www.brickellip.com



This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**Sent:** Tuesday, August 22, 2023 4:26 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 0:23-cv-61233-JEM The Smiley Company SPRL v. The Individuals, Partnerships, and Unincorporated Associations set forth on Schedule A Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/22/2023 at 4:26 PM EDT and filed on 8/22/2023

| | |
|---|---|
| **Case Name:** | The Smiley Company SPRL v. The Individuals, Partnerships, and Unincorporated Associations set forth on Schedule A |
| **Case Number:** | 0:23-cv-61233-JEM |
| **Filer:** | |
| **WARNING: CASE CLOSED on 07/06/2023** | |
| **Document Number:** | 33(No document attached) |

**Docket Text:**
**PAPERLESS ORDER. The hearing on Plaintiff's Motion for Entry of Preliminary Injunction, ECF No. [5], is hereby RESCHEDULED to Wednesday, September 13, 2023 at 8:30 a.m. EST. Any Defendant seeking to appear at the hearing remotely must first obtain permission from the Court to do so. The Court has been advised that Defendants are located in Europe or East Asia. So that the hearing may take place expeditiously, any Defendant seeking to appear remotely must email Plaintiff's counsel no later than 5:00 p.m. EST on Tuesday, September 5, 2023, advising Plaintiff's counsel that: (i) the Defendant requests permission to appear remotely, (ii) which Defendant the individual will appear on behalf of, and (ii) whether the Defendant is an person or an entity. Email correspondence to the Court is prohibited. Defendants should be aware that while a person may appear without counsel, an entity can appear and participate in a lawsuit only through an attorney. Plaintiff's counsel shall, no later than Wednesday, September 6, 2023, file a Notice advising the Court of all requests that it received from Defendants to appear remotely. The Court will thereafter file an Order specifying which, if any, Defendants can appear remotely and providing dial-in or videoconferencing instructions. Plaintiff shall promptly serve a copy of this Order on the remaining Defendants and file proof of service. Signed by Magistrate Judge Jacqueline Becerra on 8/22/2023. (nsy)**

**0:23-cv-61233-JEM Notice has been electronically mailed to:**

Arthur Robert Weaver       rweaver@brickellip.com

Javier Sobrado       JSobrado@BrickellIP.com, docket@brickellip.com, jsobrado@brickellip.com

**0:23-cv-61233-JEM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

jsobrado@brickellip.com

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | Tuesday, August 22, 2023 4:26 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 0:23-cv-61233-JEM The Smiley Company SPRL v. The Individuals, Partnerships, and Unincorporated Associations set forth on Schedule A Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/22/2023 at 4:26 PM EDT and filed on 8/22/2023

| | |
|---|---|
| **Case Name:** | The Smiley Company SPRL v. The Individuals, Partnerships, and Unincorporated Associations set forth on Schedule A |
| **Case Number:** | 0:23-cv-61233-JEM |
| **Filer:** | |
| **WARNING: CASE CLOSED on 07/06/2023** | |
| **Document Number:** | 33(No document attached) |

**Docket Text:**
**PAPERLESS ORDER. The hearing on Plaintiff's Motion for Entry of Preliminary Injunction, ECF No. [5], is hereby RESCHEDULED to Wednesday, September 13, 2023 at 8:30 a.m. EST. Any Defendant seeking to appear at the hearing remotely must first obtain permission from the Court to do so. The Court has been advised that Defendants are located in Europe or East Asia. So that the hearing may take place expeditiously, any Defendant seeking to appear remotely must email Plaintiff's counsel no later than 5:00 p.m. EST on Tuesday, September 5, 2023, advising Plaintiff's counsel that: (i) the Defendant requests permission to appear remotely, (ii) which Defendant the individual will appear on behalf of, and (ii) whether the Defendant is an person or an entity. Email correspondence to the Court is prohibited. Defendants should be aware that while a person may appear without counsel, an entity can appear and participate in a lawsuit only through an attorney. Plaintiff's counsel shall, no later than Wednesday, September 6, 2023, file a Notice advising the Court of all requests that it received from Defendants to appear remotely. The Court will thereafter file an Order specifying which, if any, Defendants can appear remotely and providing dial-in or videoconferencing instructions. Plaintiff shall promptly serve a copy of this Order on the remaining Defendants and file proof of service. Signed by Magistrate Judge Jacqueline Becerra on 8/22/2023. (nsy)**

**0:23-cv-61233-JEM Notice has been electronically mailed to:**

Arthur Robert Weaver     rweaver@brickellip.com

Javier Sobrado     JSobrado@BrickellIP.com, docket@brickellip.com, jsobrado@brickellip.com

**0:23-cv-61233-JEM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**