UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. Case 0:23-cv-61233-JEM _____ -CV- Becerra _____
(Judge's Last Name/Magistrate's Last Name)

The Smiley Company SPRL

    Plaintiff(s)

vs.
THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

FILED BY MC D.C.
AUG 24 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

    Defendant(s).

**Response to summons in a civil action Case 0:23-cv-61233-JEM**

I, nwshanahan [defendant], in the above styled cause, received a summons in an email on Saturday the 12th of August naming me in this civil case and was shocked as you can image. The email came from admin@brickellip.com.

I just want to let you know that the artwork has been removed from Redbubble and the art file deleted.

I have not uploaded the file to any other site or any other e-commerce platform for sale in any way at any other time.

I also never made any sales of the art piece on Redbubble or anywhere else.

I hope you can appreciate that I am just an individual who occasional does a bit of drawing and uploads to Redbubble. I am not well known on Redbubble.

I am not a company or an individual who is looking to profit from infringing on anyone's copyright or IP. That is to say I am not a counterfeiter.

There was no intention on my part to infringe upon the intellectual property rights held by The Smiley Company SPRL.

Basically, I drew a picture of a silly face which I labelled "smiley face" on Redbubble. If I had of know that this was an infringement on the Simley Company SPRL I would not have done it. In my defence I wasn't even aware that the "smiley face" logo/graphic is copyrighted or owned by a company.

Below is the image that I had uploaded.
I hope you can see that there are differences to the Plaintiffs image. The eyes are "X's", the mouth is wobbly, and the tongue is sticking out.
It is more of a silly face as opposed to a smiley face and I should have labeled it something more appropriate such as "Silly face" or "Silly Billy face".



I believe that anyone looking at it and draws a comparison between the image I drew and the plaintiffs' image would think it is a parody of the plaintiffs Smiley Face image.
However, I wasn't even trying to draw a comparison between the two images.
I hope the court will find that there was no intention to infringe upon the Plaintiffs' IP and copyright.

Ideally, I would like to be dismissed without prejudice from this civil action.
Failing a dismissal, I am hopeful that an equitable resolution will be found as I did not intend to infringe upon the plaintiffs' IP and I did not benefit financially from uploading the image to Redbubble.

Finally, I would like to apologize for any hurt, harm or stress caused to the plaintiff.
Respectfully
Niall Shanahan, nwshanahan

08/18/2023
Dated: Month, day, year

Respectfully submitted,

Niall Shanahan

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by email on 08/18/2023 and a letter by registered post on 08/18/2023 on all counsel or parties of record on the Service List below.

Nwshanahan, Niall Shanahan
Signature of Filer

*/s/ Niall Shanahan*
*nwshanahan*

## SERVICE LIST

Robert Weaver, Esq.
Party or Attorney Name

rweaver@brickellip.com
Attorney E-mail Address *(if applicable)*

THE BRICKELL IP GROUP, PLLC
Firm Name *(if applicable)*

1101 Brickell Avenue, South Tower, Suite 800
Street Address

Miami FL, 33131
City, State, Zip Code

Telephone: (305) 728-8831
Facsimile: _____

Javier Sobrado
Party or Attorney Name

jsobrado@brickellip.com
Attorney E-mail Address *(if applicable)*

THE BRICKELL IP GROUP, PLLC
Firm Name *(if applicable)*

1101 Brickell Avenue, South Tower, Suite 800
Street Address

Miami FL, 33131
City, State, Zip Code

Telephone: (305) 728-8831
Facsimile: _____

Attorneys for Plaintiff/~~Defendant~~
*[Party's Name(s)] (if applicable)*

Attorneys for Plaintiff/~~Defendant~~
*[Party's Name(s)] (if applicable)*

The Clerk
Wilkie D. Ferguson Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128
U.S.A

