UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-61233

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following Defendants:

    akzidenz (Defendant No. 13 on Schedule "A" to the Complaint),

    Bubelletea (Defendant No. 70 on Schedule "A" to the Complaint),

    bykirstco (Defendant No. 73 on Schedule "A" to the Complaint),

    Ciaracallan (Defendant No. 89 on Schedule "A" to the Complaint),

    nwshanahan (Defendant No. 326 on Schedule "A" to the Complaint),

    priyankak19 (Defendant No. 341 on Schedule "A" to the Complaint),

    Shinji Saga (Defendant No. 398 on Schedule "A" to the Complaint),

    shirtzu (Defendant No. 399 on Schedule "A" to the Complaint),

    strawbearynose (Defendant No. 429 on Schedule "A" to the Complaint),

1

Date: August 28, 2023 Respectfully submitted by,

***A. Robert Weaver***
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*