UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-61233-CIV-MARTINEZ

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS**

**THIS MATTER** came before this Court on Plaintiff's Notice of Voluntary Dismissal as to Certain Defendants (the "Notice"), (ECF No. 37). This Court has reviewed the Notice, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as to Defendant ThePaz (Defendant No. 450 on Schedule "A" to the Complaint).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record