**ANSWER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 23-cv-61233

JUDGE: JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

THE SMILEY COMPANY SPRL

Plaintiff

Vs.

strawbearynose
Defendant #429



FILED BY MC D.C.

SEP 01 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**DEFENDANTS ANSWER**

1. Paragraph 1 of the complaint is denied. Defendant is not involved in promoting, selling, reproducing, offering for sale, or distributing goods using counterfeits or confusingly similar imitations of Smiley's trademarks and copyrighted works.
2. Paragraph 2 of the complaint is denied. Defendant is not engaged in any ongoing, daily, or sustained violations of Plaintiff's trademark rights and copyrights. Defendant further denies reproducing, counterfeiting, or infringing upon Plaintiff's trademarks and copyrights with the intention of confusing the consuming public or earning substantial profits. Defendant disputes any assertion that its actions contribute to the erosion of Plaintiff's goodwill or the destruction.
3. Paragraph 3 of the complaint is denied. Defendant is not engaged in any conduct that has contributed to the harm alleged by Plaintiff. Defendant further denies any involvement in counterfeiting or actions that have necessitated Plaintiff's expenditure of resources for trademark and copyright.

I hereby certify that a copy hereof has been furnished by mail to Plaintiff's attorney this 23rd of August, 2023.

A. Robert Weaver, Esq.
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131

DATE: 23rd August 2023

Submitted by

strawbearynose

Angela Noble
Executive Office
400 N Miami Ave
Miami, FL 33128-1801
USA

