UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-61233-CIV-MARTINEZ

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE
### AS TO ALL REMAINING DEFENDANTS

**THIS MATTER** came before this Court on Plaintiff's Notice of Voluntary Dismissal as to all Remaining Defendants (the "Notice"), (ECF No. 40). This Court has reviewed the Notice, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** as to all remaining Defendants not previously dismissed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1 day of September 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record